IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| JIM WALTER HOMES, INC. | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 9:07cv42 |
| UNITED STATES OF AMERICA | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the Agreed Motion to Dismiss With Prejudice (document #29) be granted and that the complaint be dismissed with prejudice for failure to prosecute. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Agreed Motion to Dismiss With Prejudice (document #29) is **GRANTED** and the complaint is **DISMISSED** with prejudice. Any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this **5** day of **June, 2008.**

Ron Clark, United States District Judge